672

ROLF R. BENZIAN v. ELSA BENZIAN.— Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

SAUL ROMAN, an Infant, by CARLOS M. RIOS, His Guardian ad Litem, et al., v. CITY OF NEW YORK.— Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

BERNARD GEIS v. TIME, INC.— Concur — Breitel, J. P., Valente, Stevens, Steuer and Bastow, JJ.

MURRAY FABRICANT v. LILLIAN NADELHAFT.—

Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

PAULA HOROWITZ v. SABINA VARGA.— Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

DOLORES R. PIGOTT et al. v. BETTE FIELD, as Executrix of MONTE MEACHAM, Deceased, et al.— Concur — Botein, P. J., Breitel, McNally, Steuer and Bergan, JJ.

In the Matter of EPHRAIM R. BERNSTEIN, Deceased. JOAN K. BERNSTEIN, Appellant; GABRIEL KASLOW et al., as Executors.—

Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

MARY RIBAUDO v. LAWRENCE SCHWARTZER.— Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

LOU NIERENBERG CORP. et al. v. CONNECTICUT FIRE INSURANCE COMPANY et al.— Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

KIDDER, PEABODY & CO. v. EDWARD EDELMAN.— Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

AILEEN J. HOWARD et al. v. HEARN DEPARTMENT STORES, INC., et al.—

Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

In the Matter of ROBERT E. VOTTELER v. ROBERT E. HERMAN, as State Rent Administrator.— Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

In the Matter of NATHAN WILLNER. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

SHOSHANA W. KRAUSHAR v. HENRY L. KRAUSHAR.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

NORMAN ROSEN v. WEST END EQUITIES, INC., et al. (Two Actions.) — Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

SARAH B. BOWCOCK v. JOHN MARSHALL.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan JJ.